

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-18-00884-CR

Josue Aaron **DELGADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2683
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Appellant's brief was originally due April 15, 2019; however, the court granted an extension of time to file the brief until May 31, 2019. On June 3, 2019, appellant filed a motion requesting an additional thirty days to file the brief.

We **grant** the motion and **order** appellant's attorney, Cathy S. Comptom, to file the brief by **July 1, 2019** (77 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.



KEITH E. HOTTLE,
Clerk of Court